UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:93-cr-123-T-17

FERNANDEZ MARTINEZ-GALLEGO

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Fernandez Martinez-Gallego, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Fernandez Martinez-Gallego, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Fernandez Martinez-Gallego.

Dated: December 29, 2017

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copy to:
AUSA Mike Gordon